# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129774

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

STEPHANIE FRANCHI,
        Plaintiff,

v                                                     SC: 129774
                                                      AGC: 0546/05

ATTORNEY GRIEVANCE COMMISSION,
        Defendant.

_____/

        On the order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005                          _____

                                                              Clerk